NORMAN E. BENNETT, PLAINTIFF-PETITIONER, v. PIS-
CATAWAY POST NO. 261, AMERICAN LEGION, *ET ALS.*,
DEFENDANTS-RESPONDENTS.

*Messrs. Strong & Strong* and *Mr. Edward R. Gavarny* for
the petitioner.

*Mr. Arthur C. Gillette* for the respondent.

March 21, 1967. Denied.

IRVING WHYNMAN, PLAINTIFF-RESPONDENT, v.
THE MANHATTAN, INC., DEFENDANT-PETITIONER.

*Messrs. Harkavy & Lieb* for the petitioner.

*Messrs. Kushinsky & Gans* for the respondent.

March 21, 1967. Denied.

JOSEPH McLAUGHLIN, PETITIONER-RESPONDENT, v. GAR-
DEN STATE CONTAINER CORP., RESPONDENT-PETI-
TIONER.

*Messrs. Vaccaro & Osborne* for the petitioner.

*Mr. Lewis Sheps* and *Mr. Aaron Gordon* for the respon-
dent.

March 21, 1967. Denied.